MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00023-SLG-MMS |
|---|---|
| Plaintiff, | COUNTS 1-3: <br> TRAFFICKING IN FIREARMS <br>   Vio. of 18 U.S.C. § 933(a)(1) and (3) |
| vs. | COUNT 4: <br> UNLICENSED DEALING IN FIREARMS <br>   Vio. of 18 U.S.C. §§ 922(a)(1)(A), <br> 923(a), 924(a)(1)(D) |
| KENDON LEE ROWCROFT-IVY, | |
| Defendant. | COUNTS 5-7: <br> ILLEGAL POSSESSION OF MACHINEGUN <br>   Vio. of 18 U.S.C. §§ 922(o) and <br> 924(a)(2) |
| | COUNT 8: <br> POSSESSION OF FIREARM WITH OBLITERATED SERIAL NUMBER <br>   Vio. of 18 U.S.C. §§ 922(k), <br> 924(a)(1)(B) |

//

# INDICTMENT

The Grand Jury charges that:

## COUNTS 1-3

On or about the dates listed below, within the District of Alaska, the defendant, KENDON LEE ROWCROFT-IVY, attempted to transport, transfer, cause to be transported, and to otherwise dispose of firearms in and affecting interstate and foreign commerce, namely:

| Count | Date of Sale | Firearm |
|---|---|---|
| 1 | 1/31/2025 | 2 Machinegun Conversion Devices |
| 2 | 2/4/2025 | 10 Machinegun Conversion Devices and a Palmetto State Armory Pistol, Model PA-15 with a silencer |
| 3 | 2/6/2025 | 1 3D printed, 9 Caliber Machinegun with a Machinegun Conversion Device |

while believing and having reasonable cause to believe that the use, carrying, and possession of such firearms by the recipient would constitute a felony.

All of which is in violation of 18 U.S.C. § 933(a)(1) and (3).

## COUNT 4

Beginning on at a date unknown to the Grand Jury, but no later than about January 28, 2025, and continuing until at least about February 6, 2025, within the District of Alaska, the defendant, KENDON LEE ROWCROFT-IVY, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All of which is in violation of 18 U.S.C. §§§ 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## COUNT 5

On or about January 31, 2025, the defendant, KENDON LEE ROWCROFT-IVY, knowingly possessed and transferred machineguns, as defined in 26 U.S.C. § 5845(b), namely two machinegun conversion devices intended for use in converting a weapon into a machinegun, that is a weapon capable of firing automatically more than one round by a single operation of the trigger.

All of which is in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT 6

On or about February 4, 2025, the defendant, KENDON LEE ROWCROFT-IVY, knowingly possessed and transferred machineguns, as defined in 26 U.S.C. § 5845(b), namely ten machinegun conversion devices intended for use in converting a weapon into a machinegun, that is a weapon capable of firing automatically more than one round by a single operation of the trigger, and a Palmetto State Armory PA-15 pistol with a silencer, which was capable of firing automatically more than one round by a single operation of the trigger.

All of which is in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT 7

On or about February 6, 2025, the defendant, KENDON LEE ROWCROFT-IVY, knowingly possessed and transferred a machinegun, as defined in 26 U.S.C. § 5845(b), namely a 3D printed machinegun with a machinegun conversion device capable of firing automatically more than one round by a single operation of the trigger.

All of which is in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT 8

On or about February 5, 2025, the defendant, KENDON LEE ROWCROFT-IVY, knowingly possessed a firearm, a Glock 21 .45 ACP semiautomatic pistol, that had been shipped and transported in interstate and foreign commerce, while knowing that the serial number of the firearm had been removed, obliterated, and altered.

All of which is in violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ James Klugman for
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: March 19, 2025