# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Number:  3:25-cr-00023-SLG-MMS |
| vs. | ) | |
| | ) | |
| KENDON LEE ROWCROFT-IVY | ) | |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows.

| Place: | U.S. District Court – District of Alaska 222 W. 7th Avenue Anchorage, Alaska 99513 | Courtroom No.:    3 |
|---|---|---|
| | | Date and Time:    10/1/2025 11:30:00 AM |

   **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 9/26/2025

/s/ Matthew M. Scoble
*Judge's signature*

Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*